## World Window Cleaning Company, Appellant, v. Walter Berwick, Appellee.

Gen. No. 45,272.

Harold T. Halfpenny, Richard F. Hahn, and James F. Flanagan for appellant; and of counsel; Nathan M. Gomberg, for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed April 13, 1951; released for publication May 8, 1951.